| 172P16 | Crystal Whicker, Employee v. Compass Group USA, Inc./ Crothall Services Group, Employer, Self-Insured (Gallagher Bassett Services, Inc., Administrator); and Novant Health, Inc., Alleged Joint Employer, Self-Insured | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1201) | Denied |
|---|---|---|---|
| 181A93-4 | State v. Rayford Lewis Burke (DEATH) | Petitioner-Appellant's Motion to Amend Petitioner-Appellant's Brief | Allowed **09/09/2016** **Ervin, J., recused** |
| 182A16 | Kimberly Ledford v. Ingles Markets, Inc., Employer, Self-Insured | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA15-522) <br><br> 2. Def's Motion to Dismiss Appeal | 1. — <br><br> 2. Allowed |
| 184P16 | Corey Scott Hart v. James Patrick Brienza and Gaston County | Def's (James Patrick Brienza) PDR Under N.C.G.S. § 7A-31 (COA15-1078) | Denied |
| 187P16 | Kornegay Family Farms, LLC, et al. v. Cross Creek Seed, Inc. | 1. Def's Petition for *Writ of Certiorari* to Review Decision of the Business Court <br><br> 2. N.C. Association of Defense Attorneys' Conditional Motion for Leave to File *Amicus* Brief | 1. Allowed <br><br> 2. Allowed |
| 189P16 | State v. Shawn Jarmine Murchison | Def's PDR Under N.C.G.S. § 7A-31 (COA15-563) | Denied |
| 192P16-2 | Owen D. Leavitt v. State | Petitioner's *Pro Se* Motion for *Certiorari*/Appeal Notice and Objection | Dismissed |
| 196P16 | State v. Jimmy Lee Williams, Jr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-826) <br><br> 2. State's Motion to Dismiss Appeal | 1. Denied <br><br> 2. Allowed |
| 197P16 | State v. Javonta Marquez Ellis and Stephon Deandre Jennings | 1. Def's (Ellis) PDR Under N.C.G.S. § 7A-31 (COA15-665) <br><br> 2. Def's (Jennings) PDR Under N.C.G.S. § 7A-31 <br><br> 3. State's Motion to Dismiss Appeal of Defendant Ellis | 1. Denied <br><br> 2. Denied <br><br> 3. Dismissed |